# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
　　　　　§
THOMAS P DALTON § Case No. 11-33490
　　　　　§
　　　Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　219 S. Dearborn Street
　　　Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/04/2013 in Courtroom ,
　　　United States Courthouse
　　　219 S DEARBORN ST #644 CHGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/27/2013　　　　　　　　By: Gregg Szilagyi
　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
THOMAS P DALTON § Case No. 11-33490
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 200,000.00 |
| and approved disbursements of | $ | 278.08 |
| leaving a balance on hand of[1] | $ | 199,721.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Gregg Szilagyi | $ 13,250.00 | $ 0.00 | $ 13,250.00 |
| Attorney for Trustee Fees: CRANE HEYMAN SIMON WELCH & CLAR | $ 12,821.00 | $ 0.00 | $ 12,821.00 |
| Attorney for Trustee Expenses: CRANE HEYMAN SIMON WELCH & CLAR | $ 104.50 | $ 0.00 | $ 104.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 26,175.50 |
| Remaining Balance | | $ | 173,546.42 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,376,346.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bridgeview Bank Group | $ 3,376,346.96 | $ 0.00 | $ 173,546.42 |
| | Total to be paid to timely general unsecured creditors | | $ | 173,546.42 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                      Case No. 11-33490-PSH
Thomas P Dalton                                             Chapter 7
           Debtor                  CERTIFICATE OF NOTICE

District/off: 0752-1           User: acox                   Page 1 of 3        Date Rcvd: Feb 28, 2013
                               Form ID: pdf006              Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2013.
db           +Thomas P Dalton,    16309 W. 135th Street,    Lemont, IL 60439-4716
17676107     +Bridgeview Bank Group,    c/o Greiman Rome & Griesmeyer,    24115 W. 103rd, #B,
               Naperville, IL 60564-8014
17676106     +Bridgeview Bank Group,    c/o Carlson Partners, Ltd.,    2500 S. Highland Ave., Suite 360,
               Lombard, IL 60148-7129
17676114     +Bridgeview Bank Group,    c/o Greiman, Rome & Griesmeyer,    200 W. Madison, Suite 755,
               Chicago, IL 60606-3552
17676102     +Bridgeview Bank Group,    c/o Wolkin Kelter & Rosen Ltd.,    55 West Monroe Street,
               Chicago, IL 60603-5001
17738527     +Dalton & Dalton,    6930 W 79th St,    Burbank, IL 60459-8017
17738528     +Dave Malen,    6930 W 79th St,    Burbank, IL 60459-1002
17676115     +First Personal Bank,    14701 Ravinia Ave,    Orland Park, IL 60462-3100
17676117      Old Quarry Partners, LLC,    6930 West 79th,    Hickory Hills, IL 60457
17676120     +Patrick Durkin,    20 Surrey Hill Road,    Palos Heights, IL 60463-1239
17676123     +Robert Wagner,    32 Poole Court,    Batavia, IL 60510-7684

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17676101     +E-mail/Text: kevin.ameriks@bridgeviewbank.com Mar 01 2013 06:27:53      Bridgeview Bank,
               4753 N. Broadway,    Chicago, IL 60640-4986
17698298     +E-mail/Text: kevin.ameriks@bridgeviewbank.com Mar 01 2013 06:27:53      Bridgeview Bank Group,
               4753 N. Broadway,    Chicago, IL 60640-4986
17676108     +E-mail/Text: kevin.ameriks@bridgeviewbank.com Mar 01 2013 06:27:53      Bridgeview Bank Group,
               7940 S. Harlem Avenue,    Bridgeview, IL 60455-1598
17676116      E-mail/Text: cio.bncmail@irs.gov Mar 01 2013 05:47:25      Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Crane, Heyman, Simon, Welch & Clar
17738529      Tracy Dalton
17676103*    +Bridgeview Bank Group,    c/o Wolkin Kelter & Rosen Ltd.,    55 West Monroe Street,
               Chicago, IL 60603-5001
17676104*    +Bridgeview Bank Group,    c/o Wolkin Kelter & Rosen Ltd.,    55 West Monroe Street,
               Chicago, IL 60603-5001
17676105*    +Bridgeview Bank Group,    c/o Wolkin Kelter & Rosen Ltd.,    55 West Monroe Street,
               Chicago, IL 60603-5001
17676113*    +Bridgeview Bank Group,    7940 S. Harlem Avenue,    Bridgeview, IL 60455-1598
17676109*    +Bridgeview Bank Group,    7940 S. Harlem Avenue,    Bridgeview, IL 60455-1598
17676110*    +Bridgeview Bank Group,    7940 S. Harlem Avenue,    Bridgeview, IL 60455-1598
17676111*    +Bridgeview Bank Group,    7940 S. Harlem Avenue,    Bridgeview, IL 60455-1598
17676112*    +Bridgeview Bank Group,    7940 S. Harlem Avenue,    Bridgeview, IL 60455-1598
17676118*     Old Quarry Partners, LLC,    6930 West 79th,    Hickory Hills, IL 60457
17676119*     Old Quarry Partners, LLC,    6930 West 79th,    Hickory Hills, IL 60457
17676121*    +Patrick Durkin,    20 Surrey Hill Road,    Palos Heights, IL 60463-1239
17676122*    +Patrick Durkin,    20 Surrey Hill Road,    Palos Heights, IL 60463-1239
17676124*    +Robert Wagner,    32 Poole Court,    Batavia, IL 60510-7684
17676125*    +Robert Wagner,    32 Poole Court,    Batavia, IL 60510-7684
                                                                                TOTALS: 2, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: acox                Page 2 of 3           Date Rcvd: Feb 28, 2013
                              Form ID: pdf006          Total Noticed: 15

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: acox                   Page 3 of 3                  Date Rcvd: Feb 28, 2013
                              Form ID: pdf006              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2013 at the address(es) listed below:

          Adam B. Rome    on behalf of Creditor    Bridgeview Bank Group arome@grglegal.com,
           abernath@grglegal.com
          Adam B. Rome    on behalf of Plaintiff    Bridgeview Bank Group arome@grglegal.com,
           abernath@grglegal.com
          Ariane  Holtschlag    on behalf of Debtor Thomas P Dalton aholtschlag@wfactorlaw.com,
           nbouchard@wfactorlaw.com
          David P Lloyd    on behalf of Defendant Thomas P Dalton courtdocs@davidlloydlaw.com
          David P Lloyd    on behalf of Debtor Thomas P Dalton courtdocs@davidlloydlaw.com
          Gregg  Szilagyi    gs@tailserv.com,  gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          John H Redfield    on behalf of Trustee Gregg  Szilagyi jredfield@craneheyman.com,
           jmunoz@craneheyman.com
          Joshua M Grossman    on behalf of Creditor    Bridgeview Bank Group
           joshua.grossman@bridgeviewbank.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Scott R Clar    on behalf of Trustee Gregg  Szilagyi sclar@craneheyman.com,
           mjoberhausen@craneheyman.com;asimon@craneheyman.com

                                                                                                                                                                                        TOTAL: 10