UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
THOMAS P DALTON § Case No. 11-33490
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/Gregg Szilagyi _____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bridgeview Bank 4753 N. Broadway Chicago, IL 60640 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Associated Bank | | | | | |
| CRANE HEYMAN SIMON WELCH & CLAR | | | | | |
| CRANE HEYMAN SIMON WELCH & CLAR | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bridgeview Bank Group | | | | | |
| | Bridgeview Bank Group 7940 S. Harlem Avenue Bridgeview, IL 6 | | | | | |
| | Bridgeview Bank Group 7940 S. Harlem Avenue Bridgeview, IL 6 | | | | | |
| | Bridgeview Bank Group 7940 S. Harlem Avenue Bridgeview, IL 6 | | | | | |
| | Bridgeview Bank Group 7940 S. Harlem Avenue Bridgeview, IL 6 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bridgeview Bank Group 7940 S. Harlem Avenue Bridgeview, IL 6 | | | | | |
| | Bridgeview Bank Group 7940 S. Harlem Avenue Bridgeview, IL 6 | | | | | |
| | Bridgeview Bank Group c/o Carlson Partners, Ltd. 2500 S. Hig | | | | | |
| | Bridgeview Bank Group c/o Greiman Rome & Griesmeyer 24115 W. | | | | | |
| | Bridgeview Bank Group c/o Greiman, Rome & Griesmeyer 200 W. | | | | | |
| | Bridgeview Bank Group c/o Wolkin Kelter & Rosen Ltd. 55 West | | | | | |
| | Bridgeview Bank Group c/o Wolkin Kelter & Rosen Ltd. 55 West | | | | | |
| | Bridgeview Bank Group c/o Wolkin Kelter & Rosen Ltd. 55 West | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bridgeview Bank Group c/o Wolkin Kelter & Rosen Ltd. 55 West | | | | | |
| | First Personal Bank 14701 Ravinia Ave Orland Park, IL 60462 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 11-33490 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|---|
| Case Name: | THOMAS P DALTON | | | | | Date Filed (f) or Converted (c): | 08/16/11 (f) |
| | | | | | | 341(a) Meeting Date: | 09/12/11 |
| For Period Ending: 08/07/13 | | | | | | Claims Bar Date: | 04/23/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 6930 West 79th Street, Burbank IL 60459 | 280,000.00 | 75,237.94 | | 0.00 | 75,237.94 |
| 2 | Cash | 100.00 | 100.00 | | 0.00 | 100.00 |
| 3 | Miscellaneous | 5,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 4 | Clothing | 500.00 | 500.00 | | 0.00 | 500.00 |
| 5 | Mass Mutual | 3,895.00 | 3,895.00 | | 0.00 | 3,895.00 |
| 6 | Simple IRA American Funds | 39,243.00 | 0.00 | | 0.00 | 0.00 |
| 7 | SEP IRA Mass Matual | 6,167.86 | 6,167.86 | | 0.00 | 6,167.86 |
| 8 | Mold Solutions--approximately 3% interest, held by PT Develo | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | PT Development Group, LLC--holder of interest in Old Quarry | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Old Quarry Partners, LLC Debtor owns interest through PT Dev | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Dalton & Dalton, P.C. 49% owner | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12 | AVOIDANCE ACTION (u) | Unknown | 0.00 | | 200,000.00 | 0.00 |
| | TOTALS (Excluding Unknown Values) | $334,905.86 | $86,900.80 | | $200,000.00 | Gross Value of Remaining Assets $86,900.80 |
| | | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR):  / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-33490
Case Name: THOMAS P DALTON
Taxpayer ID No: XX-XXX1240
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6219 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/13 | 12 | Thomas Dalton | | 1241-000 | 200,000.00 | | 200,000.00 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | 278.08 | 199,721.92 |
| 04/04/13 | | Transfer to Acct#XXXXXX0799 | Transfer of Funds | 9999-000 | | 199,721.92 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 200,000.00 | 200,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 199,721.92 | |
| Subtotal | 200,000.00 | 278.08 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 200,000.00 | 278.08 | |

Page Subtotals  200,000.00  200,000.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 11-33490
Case Name: THOMAS P DALTON
Taxpayer ID No: XX-XXX1240
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX0799 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/04/13 | | Transfer from Acct#XXXXXX6219 | Transfer of Funds | 9999-000 | 199,721.92 | | 199,721.92 |
| 04/04/13 | 001001 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 13,250.00 | 186,471.92 |
| 04/04/13 | 001002 | CRANE HEYMAN SIMON WELCH & CLAR<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL 60603 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 12,821.00 | 173,650.92 |
| 04/04/13 | 001003 | CRANE HEYMAN SIMON WELCH & CLAR<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL 60603 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3220-000 | | 104.50 | 173,546.42 |
| 04/04/13 | 001004 | Bridgeview Bank Group<br>c/o Greiman, Rome & Griesmeyer<br>200 W. Madison, Suite 755<br>Chicago, IL 60606 | (Final distribution to Claim 1, representing a Payment of 5.14% per court order.) | 7100-000 | | 173,546.42 | 0.00 |

```
                                              COLUMN TOTALS                      199,721.92        199,721.92         0.00
                                                Less: Bank Transfers/CD's        199,721.92              0.00
                                              Subtotal                                 0.00        199,721.92
                                                Less: Payments to Debtors              0.00              0.00
                                              Net                                      0.00        199,721.92
```

|  | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | MONEY MARKET ACCOUNT - XXXXXX6219 | 200,000.00 | 278.08 | 0.00 |
| | CHECKING ACCOUNT - XXXXXX0799 | 0.00 | 199,721.92 | 0.00 |
| Total Allocation Receipts: 0.00 | | 200,000.00 | 200,000.00 | 0.00 |
| Total Net Deposits: 200,000.00 | | ============ | ============ | ========= |
| Total Gross Receipts: 200,000.00 | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |
| | Page Subtotals | 199,721.92 | 199,721.92 | |